COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-07-233-CV

 

IN RE MS. MORGAN                                                                RELATOR

                                                                                                        

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s APetition
For Immediate Appeal Or Other Appropriate Relief,@ which
we construe as a petition for writ of mandamus, and is of the opinion that
relief should be denied.  Accordingly,
relator=s
petition is denied.

 

 

PER CURIAM

 

 

PANEL A: 
WALKER, LIVINGSTON, and DAUPHINOT, JJ.

 

DELIVERED: 
July 6, 2007











    [1]See
Tex. R. App. P. 47.4.